# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

April 26, 2023



**BY ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

RE:   *United States v. Edwin Arturo Arellanos Aldana, 22 Cr. 541 (KPF)*

Dear Judge Failla:

I represent Edwin Arellanos who is scheduled to be sentenced by Your Honor on May 19, 2023.  I have a scheduling conflict on that date, and with the Government's consent, we jointly request that the sentencing be re-scheduled to Friday, June 30, 2023 at 3:00 PM.  I understand from Your Honor's chambers that this time is available on Your Honor's schedule.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Attorney for Edwin Arturo Arellanos Aldana*

cc:   AUSA Andrew Jones (by ECF and email)
       Edwin Arturo Arellanos Aldana (by legal mail)

```
Application GRANTED.  Mr. Arellanos Aldana's sentencing, which is
currently scheduled for May 8, 2023, is ADJOURNED to 3:00 p.m. on
June 30, 2023.  Mr. Arellanos Aldana's shall submit his sentencing
submission on or before June 16, 2023, and the Government shall
submit its response on or before June 23, 2023.

The Clerk of Court is directed to terminate the motion at docket
entry 43.
                                         SO ORDERED.

Dated:    April 26, 2023
          New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE
```